# United States Bankruptcy Court
## Western District of Washington

In re **Colleen F. Lewis**                                            Case No. **15-40958**
                        Debtor(s)                                     Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-4645

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Colleen F. Lewis**

Street: **1500 Lake Park Dr. Unit 38**

City, State and Zip: **Olympia, WA 98512**

Telephone #:

**Please be advised that effective  April 3 , 20 15 ,
my (our) new mailing address and telephone number is:**

Name: **Colleen F. Lewis**

Street: **6828 Wheatland Rd. N Apt#C**

City, State and Zip: **Keizer, OR 97303**

Telephone #:

                                                        **/s/ Colleen F. Lewis**
                                                        **Colleen F. Lewis**
                                                        Debtor