B6C (Official Form 6C) (4/13)

In re **Colleen F. Lewis**, Case No. **15-40958**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First Citizens Bank | 11 U.S.C. § 522(d)(5) | 3,500.00 | 3,500.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishing | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, Pictures | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| State Farm 401K | 11 U.S.C. § 522(d)(12) | 77,766.84 | 77,766.84 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Hyndai Santa Fe | 11 U.S.C. § 522(d)(2) | 3,675.00 | 7,399.00 |
| | 11 U.S.C. § 522(d)(5) | 3,724.00 | |
| | Total: | **93,665.84** | **93,665.84** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com — Best Case Bankruptcy